1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   ANN H. VORIS, Bar #100433
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   MARY ALICE WALK

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:10-cr-0411 AWI
                                       )
12                 Plaintiff,          )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; ORDER
13         v.                          )
                                       )   Date:  January 18, 2011
14  MARY ALICE WALK,                   )   Time:  9:00 a.m.
                                       )   Judge: Hon. Anthony W. Ishii
15                 Defendant.          )
                                       )
16  _____ )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference in the above-captioned matter now set for December 20, 2010, **may be**

20  **continued to January 18, 2011, at 9:00 a.m.**

21         This reason for the continuance is to permit Ms. Walk and her husband to travel to Illinois for a

22  family emergency and for investigation and plea negotiation. This continuance will conserve time and

23  resources for both parties and the court.

24  ///

25  ///

26  ///

27  ///

28  ////

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A), (B)(ii), and (iv).

LAWRENCE BROWN
United States Attorney

DATED:  December 16, 2010            By:   /s/ Susan Phan
                                          SUSAN PHAN
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED:  December 16, 2010            By:   /s/ Ann H. Voris
                                          ANN H. VORIS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Mary Alice Walk


# O R D E R

**IT IS SO ORDERED.**  Time is excluded pursuant to  §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   December 17, 2010

                                          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE