| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | |
|   | Attorney for Defendant |
| 6 | MARY ALICE WALK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-0411 AWI |
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
|  | ) | SCHEDULE;  ORDER |
| v. | ) |  |
|  | ) | Date:  April 2, 2012 |
| MARY ALICE WALK, | ) | Time:  9:00 a.m. |
|  | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |  |
|  | ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that defense motions in limine in the above-captioned matter may be filed on or before **February 21, 2012,** government replies to be filed on or before **March 19, 2012,** defense replies to any opposition to be filed on or before March 26, 2012, and the hearing shall remain the same, April 2, 2012 at 9:00 a.m.

This reason for the continuance is that counsel had a family emergency and for investigation and plea negotiation. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

                                                    LAWRENCE BROWN
                                                    United States Attorney

DATED: February 13, 2012            By:   /s/ *Mark McKeon*
                                                    MARK MCKEON
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


                                                    DANIEL J. BRODERICK
                                                    Federal Defender


DATED: February 13, 2012            By:   /s/ *Ann H. Voris*
                                                    ANN H. VORIS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Mary Alice Walk




**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   February 14, 2012                                    _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE