BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
GRANT B. RABENN
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America


              IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )   CASE NO. 1:10-cr-00411-AWI
                               )
                Plaintiff,     )
                               )   STIPULATION AND ORDER TO
     v.                        )   EXCLUDE TIME
                               )
MARY ALICE WALK                )   DATE: April 2, 2012
                               )   TIME: 10:00 a.m.
                               )   CTRM: Hon. Anthony W. Ishii
                Defendant.     )
_____)


     This case is presently set for trial on April 24, 2012.
Motions in limine have been filed by the defense, with a response
date of March 23, 2012.  A Trial Confirmation Hearing and hearing
on the pending motions in limine is set for April 2, 2012.

     The government has informed the defense that it will be
seeking a Superseding Indictment against the defendant on March
29, 2012.  Pursuant to Title 18, United States Code, Section
3161(c)(2), the defendant is entitled to at least 30 days between
when she first appears on the new charges and the date trial

1

1  commences.

2        Accordingly, the parties hereby stipulate as follows:

3        1.   The date for Jury Trial, presently set for April 24,

4  2012, shall be vacated.

5        2.   The Trial Confirmation and Motions hearing presently

6  set for April 2, 2012 shall be vacated, and instead the District

7  Court shall hold a status conference in the case.  At this status

8  conference, the court shall set new dates for Jury Trial, a Trial

9  Confirmation and Motions Hearing, and a new schedule for the

10 filing of motions in limine and responses.

11       3.   Time is currently excluded from the Speedy Trial Act

12 until April 17, 2012.  The parties will ask the court to address

13 further exclusions of time to accommodate the new trial schedule

14 at the status conference on April 2, 2012.

15                                 Respectfully Submitted,

16                                 BENJAMIN B. WAGNER
                                   United States Attorney
17
                                        /s/ Mark J. McKeon
18 DATE: March 23, 2012        By:   _____
                                   MARK J. McKEON
19                                 Assistant U.S. Attorney

20
                                        /s/ Ann H. Voris
21 DATE: March 23, 2012              _____
                                   ANN H. VORIS
22                                 Attorney for Defendant

23

24                              **ORDER**

25 IT IS SO ORDERED.

26
   Dated:   _____March 23, 2012_____        _____
27                                 CHIEF UNITED STATES DISTRICT JUDGE

28

                                   2