DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARY ALICE WALK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-0411 AWI |
| Plaintiff, | STIPULATION TO VACATE MOTIONS HEARING; ORDER |
| v. | Date:  October 15, 2012 |
| MARY ALICE WALK, | Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Motions Hearing set for August 27, 2012 at 1:00 p.m., in the above-captioned matter, may be vacated.  Trial confirmation and all other filing dates, Motions in Limine to be filed by September 10, 2012, Opposition due by October 1, 2012, and Replies due by October 9, 2012, currently set shall remain unchanged as for **October 15, 2012 at 8:30 a.m.**

This reason for the continuance is that no motions are anticipated and investigation and trial preparation continue. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: August 23, 2012      By:   /s/ *Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 23, 2012      By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Mary Alice Walk

# **O R D E R**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   **August 23, 2012**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

Stipulation to Vacate Motions
Hearing; [Proposed] Order                              – 2 –