JOSEPH SCHLESINGER, #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARY ALICE WALK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff*,<br><br>v.<br><br>MARY ALICE WALK,<br><br>               *Defendant*. | No. 1:10-cr-0411 AWI<br><br>STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING; ORDER<br><br>Date:  February 4, 2013<br>Time:  10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the Trial Confirmation hearing in the above-captioned matter now set for January 28, 2013, **may be continued to February 4, 2013 at 10:00 a.m.**

      This reason for the continuance is that defense counsel will be out of town on that date. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: January 16, 2013        By:   /s/ *Mark McKeon*
                                     MARK MCKEON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: January 16, 2013        By:   /s/ *Ann H. McGlenon*
                                     ANN H. MCGLENON
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Mary Alice Walk

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   January 17, 2013                    _____
                                             SENIOR  DISTRICT  JUDGE

Stipulation to Trial Confirmation Hearing;
[Proposed] Order                             -2-